Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 19 PM 4: 20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  Deputy

DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,

vs

HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0515 H NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Norman B. Blumenthal, Blumenthal & Nordrehaug, 2255 Calle Clara, La Jolla, CA, 92037,
Tel: (858) 551-1223, Fax: (858) 551-1232

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                     3/19/08
CLERK                                        DATE

By C. PUTTMANN   Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)