John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Cory A. Baskin (SBN: 240517)
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand Avenue, Eighth Floor
Los Angeles, CA  90071-3119
Tel: 213.485.1500
Fax: 213.341.1500

Attorneys for Defendant
**Homecomings Financial, LLC**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 0515 H (NLS)<br><br>**JOINT MOTION OF THE PARTIES TO EXTEND BY THIRTY DAYS THE TIME WITHIN WHICH DEFENDANT HOMECOMINGS FINANCIAL, LLC MUST FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[[Proposed] Order e-mailed directly to the Court]**<br><br>**Hon. Marilyn L. Huff**<br>**Courtroom 13** |

Pursuant to S.D. Cal. Civ. L.R. 7.2 and 12.1, Plaintiff Doug Pearson ("Plaintiff") and Defendant Homecomings Financial, LLC (collectively, "the Parties") hereby agree, stipulate, and jointly move that Homecomings Financial, LLC (hereinafter, "Defendant") be granted a thirty (30) day extension of time to respond to Plaintiff's Complaint in this action.

In his Complaint, Plaintiff alleges, on behalf of himself and all others similarly situated, that Defendant has violated Section 17200 *et seq.* of the California Business and Professions Code by engaging in a business pattern and practice of unfairly charging Plaintiff and every other member of the putative class prepayment penalties on residential loans in violation of the terms of Defendant's standard form residential loan agreement. According to the Complaint, the putative class consists of "all individuals who during the four years preceding the filing of this action to and including a date

to be determined by the Court were charged a prepayment penalty by Defendants when their transfer the ownership [sic] of residential real property in California resulted in a loan payoff under the due-on-sale clause." Plaintiff alleges, among other things, that Defendant unfairly charged him a prepayment penalty in the amount of $17,194.88 and alleges that the amount in controversy is "reasonably expected to exceed $5 million …."

Plaintiff personally served Defendant with his Class Complaint in this action on March 26, 2008. Accordingly, Defendant's response to Plaintiff's Class Complaint is currently due on April 15, 2008. However, in light of (1) the Complaint's sweeping class allegations covering a period of four years and untold numbers of borrowers; (2) the multi-million dollar alleged amount in controversy; and, (3) the fact that Plaintiff has not attached to the Complaint any of the loan contracts referenced therein, Defendant requires more than the twenty (20) day period set forth in Fed. R. Civ. P. 12 to evaluate the allegations in Plaintiff's Complaint and prepare its response.

Defendant has diligently requested, and, in the spirit of cooperation, Plaintiff has stipulated to, an extension of thirty (30) days up to and including May 15, 2008 for Defendant to answer or otherwise respond to Plaintiff's Complaint. Based upon the three factors referenced in the preceding paragraph and given the agreement of the Parties on this issue, the Parties believe that good cause exists for this Court to grant the requested extension.

Thus, the parties agree and jointly move the Court for an order extending Defendant's time to answer or otherwise respond to Plaintiff's Complaint to May 15, 2008.

Dated: April 14, 2008              Respectfully submitted,

                                   LOCKE LORD BISSELL & LIDDELL LLP


                                   By:  s/Cory A. Baskin
                                       John M. Hochhausler
                                       jhochhausler@lockelord.com
                                       Cory A. Baskin
                                       cbaskin@lockelord.com
                                   Attorneys For Defendant **Homecomings Financial, LLC**

| | |
|---|---|
| Dated: April 14, 2008 | BLUMENTHAL & NORDREHAUG |
| | |
| | By: s/Norman B. Blumenthal |
| | Norman B. Blumenthal |
| | norm@bamlawlj.com |
| | Kyle R. Nordrehaug |
| | kyle@bamlawlj.com |
| | Aparajit Bhowhik |
| | aj@bamlawlj.com |
| | Attorneys For Plaintiff **Doug Pearson** |

**Locke Lord Bissell & Liddell LLP**
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119