Φ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,

Vs.

HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,

**APPEARANCE**

Case Number: 08 CV 0515 H (NLS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Homecomings Financial, LLC

I certify that I am admitted to practice in this court.

April 15, 2008
Date

s/John M. Hochhausler
Signature

John M. Hochausler (jhochhausler@lockelord.com) 143801
Print Name Bar Number

Locke Lord Bissell & Liddell LLP, 300 S. Grand Ave., Eighth Floor
Address

Los Angeles CA 90071-3119
City State Zip Code

213-485-1500 213-341-1500
Phone Number Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com