1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10   DOUG PEARSON, an individual, on behalf of  )   CASE NO. 08 CV 0515 H (NLS)
     himself, and on behalf of all persons similarly  )
11   situated,                                  )   **ORDER GRANTING THE JOINT**
                                                )   **MOTION OF THE PARTIES TO EXTEND**
12                  Plaintiff,                   )   **BY THIRTY DAYS THE TIME WITHIN**
                                                )   **WHICH DEFENDANT HOMECOMINGS**
13             vs.                               )   **FINANCIAL, LLC MUST FILE ITS**
                                                )   **RESPONSE TO PLAINTIFF'S**
14   HOMECOMINGS FINANCIAL LLC, formerly  )   **COMPLAINT**
     known as HOMECOMINGS FINANCIAL        )
15   NETWORK, INC.; and DOES 1 through 100,  )
     Inclusive,                               )   **Hon. Marilyn L. Huff**
16                                              )   **Courtroom 13**
                    Defendants.                 )
17   _____ )

18

19        The Court, having considered the Parties' Joint Motion to Extend by Thirty Days the Time

20   Within Which Defendant Homecomings Financial, LLC ("Defendant") Must File its Response to

21   Plaintiff's Complaint and finding good cause thereon, hereby ORDERS that Defendant shall have an

22   additional thirty (30) days up to and including May 15, 2008 within which to file its response to

23   Plaintiff's Complaint in this action.

24        IT IS SO ORDERED.

25

26        Dated: April 16, 2008

27                                              Hon. Marilyn L. Huff
                                                U.S. District Court Judge

28