John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Cory A. Baskin (SBN: 240517)
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119
Tel: 213.485.1500
Fax: 213.341.1500

Attorneys for Defendant
**Homecomings Financial, LLC**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 0515 H (NLS)<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE OF JOHN M. HOCHHAUSLER** |

I, Carolyn White, certify and declare as follows:

1.  I am over the age of 18 years and not a party to this action.

2.  My business address is 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, which is located in the city, county and state where the mailing described below took place.

3.  On April 16, 2008, Plaintiff's counsel listed below, as a registered user, was electronically served a copy of the following documents:

- NOTICE OF APPEARANCE OF JOHN M. HOCHHAUSLER FOR DEFENDANT HOMECOMINGS FINANCIAL, LLC.

4. On April 21, 2008, Plaintiff's counsel listed below, as a registered user, was electronically served a copy of the following documents:

- CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE OF JOHN M. HOCHHAUSLER

**Norman B. Blumenthal.**
**BLUMENTHAL & NORDREHAUG**
**2255 Calle Clara**
**La Jolla, California 92037**
**Tel. (858) 551-1223**
**Fax. (858) 551-1232**
**Email: norm@bamlawj.com; bam@bamlawj.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2008 at Los Angeles, California.

*/s/ Carolyn White*
CAROLYN WHITE

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA 90071-3119