LOCKE LORD BISSELL & LIDDELL LLP
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Cory A. Baskin (SBN: 240517)
cbaskin@lockelord.com
300 South Grand Avenue, Eighth Floor
Los Angeles, California  90071-3119
Telephone: 213.485.1500
Facsimile: 213.431.1500

Thomas J. Cunningham (*pro hac vice* application pending)
tcunningham@lockelord.com
Simon Fleischmann (*pro hac vice* application pending)
sfleischmann@lockelord.com
111 South Wacker Drive
Chicago, Illinois  60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471

Attorneys for Defendant
HOMECOMINGS FINANCIAL, LLC
*f/k/a* HOMECOMINGS FINANCIAL
NETWORK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 0515 H NLS<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[Fed. R. Civ. P. Rule 12 (b)(6)]<br><br>Date:   June 16, 2008<br>Time:   10:30 a.m.<br>Place:  Courtroom 13<br><br>**Hon. Marilyn L. Huff** |

TO THE COURT, TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 16, 2008 at 10:30 a.m., or as soon thereafter as this matter may be heard in the above-entitled Court located at 940 Front Street, San Diego, California,

1 defendant Homecomings Financial, LLC *f/k/a* Homecomings Financial Network, Inc.
2 ("Homecomings") will move the Court to dismiss this action pursuant to Federal Rule of Civil
3 Procedure 12(b)(6) on the ground that the Complaint fails to state a claim upon which relief may be
4 granted because Plaintiff has failed to comply with the notice and cure provision of his contract with
5 Homecomings, a necessary condition precedent to bringing this lawsuit.  Plaintiff's Complaint
6 should also be dismissed because the fraud allegations therein fail to satisfy the particularity standard
7 of Federal Rule of Civil Procedure 9(b).

8   This motion will be based on this Notice of Motion and Motion, on the Memorandum of
9 Points and Authorities filed concurrently herewith, any reply memoranda or declarations
10 subsequently filed by Homecomings, on the pleadings and papers on file with the Court in this
11 action, and such oral argument as may be made at the time of the hearing.

12 Dated:  May 15, 2008                                Respectfully submitted,

13                                                    LOCKE LORD BISSELL & LIDDELL LLP

16                                                    By:  s/Cory A. Baskin
                                                         John M. Hochhausler
                                                         jhochhausler@lockelord.com
17                                                       Cory A. Baskin
                                                         cbaskin@lockelord.com
18                                                    Attorneys For Defendant HOMECOMINGS
                                                      FINANCIAL, LLC *f/k/a* HOMECOMINGS
19                                                    FINANCIAL NETWORK, INC.

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, Eighth Floor**
**Los Angeles, CA, 90071-3119**

2
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
08 CV 0515 H (NLS)