```
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Cory A. Baskin (SBN: 240517)
```
**LOCKE LORD BISSELL & LIDDELL LLP**
300 South Grand Avenue, Eighth Floor
Los Angeles, CA  90071-3119
Tel: 213.485.1500
Fax: 213.341.1500

Attorneys for Defendant
HOMECOMINGS FINANCIAL, LLC
*f/k/a* HOMECOMINGS FINANCIAL
NETWORK, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | CASE NO. 08 CV 0515 H (NLS)<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Hon. Marilyn L. Huff |

Defendant Homecomings Financial, LLC *f/k/a* Homecomings Financial Network, Inc. ("Homecomings") provides pursuant to Fed. R. Civ. P. 7.1 and Local Rule 40.2 its Notice of Party with Financial Interest as follows:

The following are the parent companies of Homecomings:

    1.    Residential Funding Company, LLC, immediate parent corporation;

    2.    GMAC-RFC Holding Company, LLC, indirect parent corporation;

    3.    Residential Capital, LLC, indirect parent corporation;

    4.    GMAC Mortgage Group, LLC, indirect parent corporation;

    5.    GMAC LLC, indirect parent corporation;

    6.    IB Finance Holding Company, LLC, direct partial parent company;

1.     7.    FIM Holdings LLC, direct partial parent company;
2.     8.    GM Finance Co. Holdings LLC, direct partial parent company; and
3.     9.    General Motors Corp., indirect parent corporation.

The following publicly held companies own 10% or more of the stock of Homecomings:

1.     General Motors Corp.

Dated: May 15, 2008

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By: s/Cory A. Baskin
    John M. Hochhausler
    jhochhausler@lockelord.com
    Cory A. Baskin
    cbaskin@lockelord.com
Attorneys For Defendant HOMECOMINGS FINANCIAL, LLC *f/k/a* HOMECOMINGS FINANCIAL NETWORK, INC.

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Eighth Floor
Los Angeles, CA  90071-3119