LOCKE LORD BISSELL & LIDDELL LLP
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Cory A. Baskin (SBN: 240517)
cbaskin@lockelord.com
300 South Grand Avenue, Eighth Floor
Los Angeles, California 90071-3119
Telephone: 213.485.1500
Facsimile: 213.431.1500

Thomas J. Cunningham (*pro hac vice* application pending)
tcunningham@lockelord.com
Simon Fleischmann (*pro hac vice* application pending)
sfleischmann@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471

Attorneys for Defendant
HOMECOMINGS FINANCIAL, LLC
*f/k/a* HOMECOMINGS FINANCIAL
NETWORK, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 0515 H (NLS)<br><br>**CERTIFICATE OF SERVICE OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; ORDER THEREON; AND NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Hon. Marilyn L. Huff |

I, Carolyn White, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, which is located in the city, county and state where the service described below took place.

---
1
CERTIFICATE OF SERVICE

08 CV 0515 H (NLS)

3. On May 15, 2008, Plaintiff's counsel listed below, as a registered user, was electronically served a copy of the following documents:

- DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS;
- DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS;
- DECLARATION OF JUDY FABER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS; and
- NOTICE OF PARTY WITH FINANCIAL INTEREST.

Norman B. Blumenthal.
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California 92037
Tel. (858) 551-1223
Fax. (858) 551-1232
Email: norm@bamlawj.com; bam@bamlawj.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2008 at Los Angeles, California.

*Carolyn White*

CAROLYN WHITE