**BLUMENTHAL & NORDREHAUG**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, California 92037
(858)551-1223
Fax: (858) 551-1232

Attorneys for Plaintiff Doug Pearson

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Civil Action No. **08 cv 0515 H NLS**<br><br>*CLASS ACTION*<br><br>DECLARATION OF PLAINTIFF DOUG PEARSON IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS<br><br>Date: June 16, 2008<br>Time: 10:30 a.m.<br><br>Judge: Hon. Marilyn L. Huff<br>Courtroom 13 |

I, Doug Pearson, declare:

1. I am the named Plaintiff in the above entitled action pending before the United States District Court for the Southern District of California. I submit this declaration in support of the Opposition to Defendant's Motion to Dismiss.

---

1

DECLARATION OF PLAINTIFF DOUG PEARSON IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

**08 cv 0515 H NLS**

2. I understand that Defendant's Motion argues that I failed to provide notification of my dispute with Homecomings Financial before filing this lawsuit. This factual contention is false as attempted to resolve this dispute with Homecomings Financial, both in writing and verbally, before the filing of this lawsuit.

3. When I learned about the prepayment penalty being charged by Homecomings Financial, I contacted Homecomings Financial to dispute the charge. I spoke with Homcomings' employee "Ross", employee number 73664, on June 20, 2007. Subsequently, I spoke with Homcomings' employee "Dexter", employee number 73756, on June 25, 2007.

4. Because I did not receive any correction of the charge, on July 26, 2007, I sent a letter to Homecomings Financial disputing the prepayment penalty. A true and correct copy of the letter I sent to Homcomings is attached hereto as <u>Exhibit #1</u>. I never received any corrective action from Homecomings.

5. During the period August 18-19, 2007, I spoke with Scott Lasier at Homcomings, who informed me that he had looked into the dispute and that according to company policy, the prepayment penalty would not be refunded. Mr. Lasier further informed me that he could charge interest as a result of the delay resulting from the dispute over the prepayment penalty charge.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 2nd day of June, 2008, in San Diego, California.

By: _____
Doug Pearson, Plaintiff

---

2
DECLARATION OF PLAINTIFF DOUG PEARSON IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS
08 cv 0515 H NLS

Declaration of Doug Pearson

# **EXHIBIT #1**

To: Homecoming Financial
Re: Prepayment Penalty Addendum-Removal
Date: 07/26/2007
Fax#: 614-417-5768
Loan#: 042-513310-5
Address: **2677 Villas way SD, CA 92108**

To Whom It May Concern:

I'm in the process of selling my house and on the Payoff Statement it reflects a Prepayment Penalty based on the Addendum this should be waived. Please read below.

"Notwithstanding the foregoing, in no event shall the Note Holder impose a prepayment penalty when the note holder declares by written notice is due pursuant to a due-on-sale"

I have faxed over the Prepayment Penalty Addendum, see section five.

Please feel free to contact me if you have any question or concerns.

Thank you,

Douglas R. Pearson
pearson@pv.com
858-204-9100 Cellular
858.731.5351 Office