**BLUMENTHAL & NORDREHAUG**
Norman B. Blumenthal (State Bar #068687)
Kyle R. Nordrehaug (State Bar #205975)
Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, California 92037
(858)551-1223
Fax: (858) 551-1232

Attorneys for Plaintiff Doug Pearson

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Civil Action No. **08 cv 0515  H  NLS**<br><br>*CLASS ACTION*<br><br>PROOF OF SERVICE<br><br>Judge: Hon. Marilyn L. Huff<br>　　　　Courtroom 13 |

1
PROOF OF SERVICE

**08 cv 0515  H  NLS**

# CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On June 30, 2008, I caused the document(s) described as below to be served in the manner set forth below:

(1) FIRST AMENDED COMPLAINT

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

**XX** (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on June 30, 2008 at San Diego, California.

By:     *s/Norman Blumenthal*

Norman B. Blumenthal

PROOF OF SERVICE

**08 cv 0515 H NLS**