LOCKE LORD BISSELL & LIDDELL LLP
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Cory A. Baskin (SBN: 240517)
cbaskin@lockelord.com
300 South Grand Avenue, Eighth Floor
Los Angeles, California 90071-3119
Telephone: 213.485.1500
Facsimile: 213.431.1500

Thomas J. Cunningham (admitted *pro hac vice*)
tcunningham@lockelord.com
Simon Fleischmann (admitted *pro hac vice*)
sfleischmann@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471

Attorneys for Defendant
HOMECOMINGS FINANCIAL, LLC
*f/k/a* HOMECOMINGS FINANCIAL
NETWORK, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>            Defendants. | CASE NO. 08 CV 0515 H (NLS)<br><br>**DEFENDANT'S NOTICE OF EX PARTE MOTION AND EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[Filed concurrently with Memorandum of Points and Authorities; Declaration of Simon Fleischmann; [Proposed] Order e-mailed directly to the Court]**<br><br>**Hon. Marilyn L. Huff**<br>**Courtroom 13** |

TO THE COURT, TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Homecomings Financial, LLC *f/k/a* Homecomings Financial Network, Inc. ("Defendant") will seek the Court's approval ex parte, pursuant to CivLR 12.1 and 83.3(h), for a thirty (30) day extension of time up to and including August 14, 2008 within which to respond to the First Amended Complaint ("FAC") filed by Plaintiff Doug Pearson

("Plaintiff") on June 30, 2008. Good cause exists for this Court to grant the requested extension because the FAC substantially expands the nature and scope of Defendant's alleged liability and potential damages exposure as compared with Plaintiff's previously-dismissed initial complaint and because such an extension will not result in any prejudice to Plaintiff. Due to Plaintiff's failure to respond to Defendant's request that Plaintiff stipulate to the proposed extension, and in light of Defendant's present July 15, 2008 deadline to respond to the FAC under Fed. R. Civ. P. 15(a)(3), Defendant has no option other than to make this request to the Court in an ex parte fashion.

      This ex parte motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and Declaration of Simon Fleischmann filed concurrently herewith, the pleadings and papers on file with the Court in this action, and such oral argument as may be made at the time of any hearing that may be scheduled by the Court.

Dated: July 8, 2008

Respectfully Submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By:   s/Cory A. Baskin
      Thomas J. Cunningham
      John M. Hochhausler
      Simon A. Fleischmann
      Cory A. Baskin
      Attorneys For Defendant
      HOMECOMINGS FINANCIAL, LLC
      *f/k/a* HOMECOMINGS FINANCIAL
      NETWORK, INC.