LOCKE LORD BISSELL & LIDDELL LLP
John M. Hochhausler (SBN: 143801)
jhochhausler@lockelord.com
Cory A. Baskin (SBN: 240517)
cbaskin@lockelord.com
300 South Grand Avenue, Eighth Floor
Los Angeles, California 90071-3119
Telephone: 213.485.1500
Facsimile: 213.431.1500

Thomas J. Cunningham (admitted *pro hac vice*)
tcunningham@lockelord.com
Simon Fleischmann (admitted *pro hac vice*)
sfleischmann@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471

Attorneys for Defendant
HOMECOMINGS FINANCIAL, LLC
*f/k/a* HOMECOMINGS FINANCIAL
NETWORK, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>   Plaintiff,<br><br>  vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>   Defendants. | CASE NO. 08 CV 0515 H (NLS)<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT'S EX PARTE MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [DOCKET NO. 16]**<br><br>**Hon. Marilyn L. Huff**<br>**Courtroom 13** |

TO THE COURT, TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Homecomings Financial, LLC f/k/a Homecomings Financial Network, Inc. ("Defendant") has withdrawn its Ex Parte Motion to Extend Time to Respond to Plaintiff's First Amended Complaint ("FAC") which was electronically-filed earlier this

1

morning, July 9, 2008 [Docket No. 16].  The Parties will instead shortly be filing a joint motion regarding the extension of Defendant's time to respond to the FAC.

Dated:  July 9, 2008

Respectfully Submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By:   s/Cory A. Baskin
Thomas J. Cunningham
John M. Hochhausler
Simon A. Fleischmann
Cory A. Baskin
Attorneys For Defendant
HOMECOMINGS FINANCIAL, LLC *f/k/a* HOMECOMINGS FINANCIAL NETWORK, INC.

NOTICE OF WITHDRAWAL OF EX PARTE MOTION TO EXTEND TIME TO RESPOND TO FAC [DOC. #16]
08 CV 0515 H (NLS)