1  LOCKE LORD BISSELL & LIDDELL LLP
   John M. Hochhausler (SBN: 143801)
2  jhochhausler@lockelord.com
   Cory A. Baskin (SBN: 240517)
3  cbaskin@lockelord.com
   300 South Grand Avenue, Eighth Floor
4  Los Angeles, California  90071-3119
   Telephone:  213.485.1500
5  Facsimile:  213.431.1500

6  Thomas J. Cunningham (admitted *pro hac vice*)
   tcunningham@lockelord.com
7  Simon Fleischmann (admitted *pro hac vice*)
   sfleischmann@lockelord.com
8  111 South Wacker Drive
   Chicago, Illinois  60606-4410
9  Telephone:  312-443-0462
   Facsimile:  312-896-6471
10
   Attorneys for Defendant
11 HOMECOMINGS FINANCIAL, LLC
   *f/k/a* HOMECOMINGS FINANCIAL
12 NETWORK, INC.

13

14

15 DOUG PEARSON, an individual, on behalf of
   himself, and on behalf of all persons similarly
   situated,
16
17            Plaintiff,
18       vs.
19 HOMECOMINGS FINANCIAL LLC, formerly
   known as HOMECOMINGS FINANCIAL
20 NETWORK, INC.; and DOES 1 through 100,
   Inclusive,
21            Defendants.
22

*Locke Lord Bissell & Liddell LLP*
*300 South Grand Avenue, Eighth Floor*
*Los Angeles, CA  90071-3119*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CASE NO. 08 CV 0515 H (NLS)

**JOINT MOTION OF THE PARTIES TO EXTEND BY THIRTY DAYS THE TIME WITHIN WHICH DEFENDANT HOMECOMINGS FINANCIAL, LLC MUST FILE ITS RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**[[Proposed] Order e-mailed directly to the Court]**

**Hon. Marilyn L. Huff**
**Courtroom 13**

23        Pursuant to S.D. Cal. Civ. L.R. 7.2 and 12.1, Plaintiff Doug Pearson ("Plaintiff") and

24 Defendant Homecomings Financial, LLC *f/k/a* Homecomings Financial Network, Inc. ("Defendant")

25 (collectively, "the Parties") hereby agree, stipulate, and jointly move that Defendant be granted a 30

26 day extension of time to respond to Plaintiff's First Amended Complaint ("FAC") in this action.

27        On March 19, 2008, Plaintiff filed his initial complaint in this action alleging, on behalf of

28 himself and all others similarly situated, that Defendant violated California's Unfair Competition

1

JOINT MOTION RE EXTENSION OF DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT
08 CV 0515 H (NLS)

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, Eighth Floor**
**Los Angeles, CA 90071-3119**

1    Law, California Business and Professions Code Section 17200 *et seq.* (the "UCL"), by engaging in a

2    business pattern and practice of unfairly charging Plaintiff and every other member of the putative

3    class prepayment penalties on residential loans in violation of the terms of Defendant's standard

4    form residential loan agreement.  On May 15, 2008, Defendant filed a motion to dismiss Plaintiff's

5    complaint.  On June 12, 2008, the Court granted Defendant's motion to dismiss but also granted

6    Plaintiff 30 days within which to file an amended complaint.

7         On June 30, 2008 Plaintiff filed his FAC.  [FAC, Docket No, 14.]  Pursuant to Rules 6 and

8    15(a)(3) of the Federal Rules of Civil Procedure, Defendant's current response deadline to the FAC

9    is July 15, 2008, a mere 10 court days from the date Plaintiff filed his FAC.  After diligently

10   evaluating the FAC upon its filing, Defendant soon realized that it would require more than the 10

11   court days allotted by the Federal Rules to respond to the FAC.  After conferring with Defendant,

12   Plaintiff has acknowledged the reasonableness of Defendant's request for additional time within

13   which to respond to the FAC and has agreed to the filing of the instant joint motion seeking Court

14   approval of a 30 day extension of Defendant's responsive filing deadline.

15        The Parties believe that good cause exists for this Court to grant the requested 30 day

16   extension for the following reasons.  First, the FAC is more than twice as long as Plaintiff's initial

17   complaint, containing 53 paragraphs of substantive allegations as compared to the original

18   complaint's 26 paragraphs.  These new allegations reference various representatives of Defendant by

19   name and purport to describe correspondence and communications between Plaintiff and said

20   representatives.   Second, in addition to reconstituting and re-alleging the previously-dismissed UCL

21   claim, Plaintiff's FAC now alleges a second claim for fraud and seeks compensatory and punitive

22   damages in addition to the multi-million dollar restitutionary relief sought in conjunction with the

23   revamped UCL claim.  Given the nature and extent of the new allegations set forth in the FAC, the

24   Parties believe the requested extension of Defendant's response deadline is warranted.

25        Accordingly, the Parties agree and now jointly move the Court for an order extending

26   Defendant's time to answer or otherwise respond to Plaintiff's FAC to August 14, 2008.

27

28

2

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, Eighth Floor**
**Los Angeles, CA  90071-3119**

1   Dated:  July 9, 2008                    Respectfully Submitted,

2                                           LOCKE LORD BISSELL & LIDDELL LLP

3
                                            By:   s/Cory A. Baskin
4                                                 Thomas J. Cunningham
                                                  John M. Hochhausler
5                                                 Simon A. Fleischmann
                                                  Cory A. Baskin
6                                                 Attorneys For Defendant
                                                  HOMECOMINGS FINANCIAL, LLC
7                                                 *f/k/a* HOMECOMINGS FINANCIAL
                                                  NETWORK, INC.
8

9   Dated:  July 9, 2008                    BLUMENTHAL & NORDREHAUG

10
                                            By:  s/Kyle R. Nordrehaug
11                                               Norman B. Blumenthal
                                                 norm@bamlawlj.com
12                                               Kyle R. Nordrehaug
                                                 kyle@bamlawlj.com
13                                               Aparajit Bhowhik
                                                 aj@bamlawlj.com
14                                               Attorneys For Plaintiff
                                                 DOUG PEARSON
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3

JOINT MOTION RE EXTENSION OF DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT
                                                                08 CV 0515 H (NLS)