1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            SOUTHERN DISTRICT OF CALIFORNIA

10  DOUG PEARSON, an individual, on behalf of )   CASE NO. 08 CV 0515 H (NLS)
    himself, and on behalf of all persons similarly )
11  situated,                                    )   **ORDER GRANTING THE JOINT**
                                                 )   **MOTION OF THE PARTIES TO EXTEND**
12            Plaintiff,                          )   **BY THIRTY DAYS THE TIME WITHIN**
                                                 )   **WHICH DEFENDANT HOMECOMINGS**
13       vs.                                     )   **FINANCIAL, LLC MUST FILE ITS**
                                                 )   **RESPONSE TO PLAINTIFF'S FIRST**
14  HOMECOMINGS FINANCIAL LLC, formerly )        **AMENDED COMPLAINT**
    known as HOMECOMINGS FINANCIAL       )
15  NETWORK, INC.; and DOES 1 through 100,
    Inclusive,                                   )   **Hon. Marilyn L. Huff**
16                                               )   **Courtroom 13**
              Defendants.                        )
17  _____ )

18

19        The Court, having considered the Parties' Joint Motion to Extend by Thirty Days the Time

20  Within Which Defendant Homecomings Financial, LLC ("Defendant") Must File its Response to

21  Plaintiff's First Amended Complaint and finding good cause thereon, hereby ORDERS that

22  Defendant shall have an additional thirty (30) days up to and including August 14, 2008 within

23  which to file its response to Plaintiff's First Amended Complaint in this action.

24        IT IS SO ORDERED.

25

26  Dated: July 10, 2008

                                                    _____
27                                                  Hon. Marilyn L. Huff
                                                    U.S. District Court Judge
28

                                                1

ORDER GRANTING JOINT MOTION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
                                                                              08 CV 0515 H (NLS)