UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | CASE NO. 08 CV 0515 H (NLS)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Hon. Marilyn L. Huff**<br>**Courtroom 13** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　The Court, having considered the ex parte motion of Defendant Homecomings Financial, LLC ("Defendant") for a further extension of time to respond to Plaintiff's First Amended Complaint, and finding good cause thereon, hereby ORDERS that Defendant shall have an additional thirty (30) days up to and including September 15, 2008 within which to file its response to Plaintiff's First Amended Complaint in this action.

　　IT IS SO ORDERED.

Dated: August 15, 2008

　　　　　　　　　　　　　　　　　　　　　　　　*Marilyn L. Huff*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Marilyn L. Huff
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge