**BLUMENTHAL & NORDREHAUG**
Norman B. Blumenthal (SBN: 068687)
Kyle R. Nordrehaug (SBN: 205975)
2255 Calle Clara
La Jolla, California 92037
Telephone: 858.551.1223
Facsimile: 858.551.1232
Attorneys for Plaintiff DOUG PEARSON

**LOCKE LORD BISSELL & LIDDELL LLP**
John M. Hochhausler (SBN: 143801)
Cory A. Baskin (SBN: 240517)
300 South Grand Avenue, Eighth Floor
Los Angeles, California 90071-3119
Telephone: 213.485.1500
Facsimile: 213.431.1500

Thomas J. Cunningham (admitted *pro hac vice*)
Simon Fleischmann (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471
Attorneys for Defendant
HOMECOMINGS FINANCIAL, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive, <br><br> Defendants. | CASE NO. 08 CV 0515 H (NLS) <br><br> *CLASS ACTION* <br><br> **JOINT MOTION IN SUPPORT OF THE ORDER RE: NON-DISCLOSURE OF CONFIDENTIAL AND PROPRIETARY DOCUMENTS** <br><br> [[Proposed] Order e-mailed directly to the Court] <br><br> Hon. Marilyn L. Huff, Courtroom 13 |

Pursuant to Civil Rule 7.2, Plaintiff Doug Pearson and Defendant Homecomings Financial, LLC (the "Parties") hereby jointly move the Court to approve the "Order re: Non-Disclosure of Confidential and Proprietary Documents" (the "Order").

The Parties, having agreed on the form and contents of the Order, jointly move to enter the

Order to facilitate the exchange of documents and in connection with settlement in this lawsuit. Accordingly, the Parties hereby respectfully request the entry of the "Order re: Non-Disclosure of Confidential and Proprietary Documents," e-mailed under separate cover to Honorable Marilyn L. Huff, pursuant to the Southern District ECF Administrative Policies and Procedures, Section 2(h).

Dated:  September 3, 2008                    Respectfully Submitted,

                                                        LOCKE LORD BISSELL & LIDDELL LLP

                                                        By:   s/Thomas J. Cunningham
                                                                Thomas J. Cunningham
                                                                tcunningham@lockelord.com
                                                                Attorneys For Defendant
                                                                HOMECOMINGS FINANCIAL, LLC
                                                                *f/k/a* HOMECOMINGS FINANCIAL
                                                                NETWORK, INC.

Dated:  September 3, 2008                    BLUMENTHAL & NORDREHAUG

                                                        By:  s/Kyle R. Nordrehaug
                                                             Kyle R. Nordrehaug
                                                             kyle@bamlawlj.com
                                                             Attorneys For Plaintiff
                                                             DOUG PEARSON