**LOCKE LORD BISSELL & LIDDELL LLP**
John M. Hochhausler (SBN: 143801)
Cory A. Baskin (SBN: 240517)
300 South Grand Avenue, Eighth Floor
Los Angeles, California 90071-3119
Telephone: 213.485.1500
Facsimile: 213.431.1500

Thomas J. Cunningham (admitted *pro hac vice*)
Simon Fleischmann (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, Illinois 60606-4410
Telephone: 312-443-0462
Facsimile: 312-896-6471
Attorneys for Defendant

HOMECOMINGS FINANCIAL, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 0515 H (NLS)<br><br>*CLASS ACTION*<br><br>**CERTIFICATE OF SERVICE OF JOINT MOTION IN SUPPORT OF THE ORDER RE: NON-DISCLOSURE OF CONFIDENTIAL AND PROPRIETARY DOCUMENTS**<br><br>Hon. Marilyn L. Huff, Courtroom 13 |

I, Susan McInerney, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 300 South Grand Avenue, Eighth Floor, Los Angeles, California 90071, which is located in the city, county and state where the service described below took place.

3. On September 3, 2008, Plaintiff's counsel listed below, as a registered user, was electronically served a copy of the following documents:

///

- JOINT MOTION IN SUPPORT OF THE ORDER RE: NON-DISCLOSURE OF CONFIDENTIAL AND PROPRIETARY DOCUMENTS

Kyle R. Nordrehaug
**BLUMENTHAL & NORDREHAUG**
2255 Calle Clara
La Jolla, California 92037
Tel. (858) 551-1223
Fax. (858) 551-1232
Email: kyle@bamlawj.com; bam@bamlawj.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 3, 2008 at Los Angeles, California.

*/s/ Susan McInerney*
SUSAN MCINERNEY