UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG PEARSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL LLC, formerly known as HOMECOMINGS FINANCIAL NETWORK, INC.; and DOES 1 through 100, Inclusive,<br><br>    Defendants. | CASE NO. 08 CV 0515 H (NLS)<br><br>**ORDER GRANTING JOINT MOTION RE NON-DISCLOSURE OF CONFIDENTIAL AND PROPRIETARY DOCUMENTS** |

The Court grants for good cause the parties' joint motion for an order regarding non-disclosure of documents produced by Plaintiff Doug Pearson ("Plaintiff") and Defendant Homecomings Financial, LLC ("Homecomings") which concern confidential and/or proprietary information. The Court orders as follows:

1. In connection with their settlement agreement (the "Settlement Agreement"), Plaintiff and Homecomings have agreed that the terms of their agreement are confidential and/or proprietary information. Pursuant to this agreement and order, the Settlement Agreement and its terms are deemed "Confidential Material" and are not to be disclosed by the parties to this action or any of their agents or representatives, except as set forth under the terms of the parties' stipulation and this Order.

2. The Settlement Agreement and its terms will only be used in this case and will not be disclosed to the public, will not be published to anyone, and will not be used for non-litigation purposes.

3. The Settlement Agreement and its terms may be disclosed or made available only to the Court, to Court personnel, and to counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel).

4. The Settlement Agreement and any declarations related to the settlement or proposed dismissal of this action disclosing the terms of the Settlement Agreement are to be filed with a joint motion for dismissal. The Settlement Agreement and any declarations related to the settlement or proposed dismissal of this action disclosing the terms of the Settlement Agreement are to be placed in an envelope labeled "Confidential -- Subject to Court Order" and filed under seal until further order of this Court.

5. All notes, impressions and conclusions arising from the viewing of the documents designated as confidential, shall not be disseminated or communicated in any manner to others not related to this litigation.

6. This Order shall survive the final termination of this action, and the Court retains jurisdiction to resolve any dispute concerning the use of information disclosed pursuant to this Order.

7. This Order is and will be binding upon all parties now named, or later named. This stipulation will be binding upon all attorneys representing any parties this action.

IT IS SO ORDERED.

Dated: September 4, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT